UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Francisco G.,

Plaintiff,

No. 26-cv-722 (JMB/DLM)

v.

**ORDER OF RECUSAL**

Bondi et al,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

DATED:  January 28, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge