# UNITED STATES DISTRICT COURT
## District of Minnesota

Francisco Zamora Guasco

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-722 JMB/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner from custody immediately in Minnesota without conditions, and in any event no later than 4:00 p.m. CST on January 29, 2026.

2. On or before 11:00 a.m. CT on January 30, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with all of the terms of this Order. Counsel shall also file a declaration on or before 11:00 a.m. CT on January 30, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that states when and where the Petitioner was released, attaches any and all relevant documentation concerning the Petitioner's release, and affirms that all property of Petitioner was returned to Petitioner upon release (or, if property is retained, state which property and the legal basis for retention). Because Petitioner was transferred out of Minnesota prior to the Court's Order granting the Petition, counsel shall also file a declaration on or before 11:00 a.m. CT on January 30, 2026, pursuant to 28 U.S.C. § 1746 by an individual with personal knowledge that includes the following: (a) the name or names of any individual or individuals who authorized Petitioner's transfer outside of Minnesota; (b) the basis for the transfer; (c) the time and date when that decision was made; (d) the time and date when Petitioner was moved; and (e) what efforts Respondents took to return Petitioner to Minnesota as ordered by the Court.

Date: 1/29/2026

KATE M. FOGARTY, CLERK